**LOKER LAW, APC**
Matthew M. Loker (279939)
matt.loker@loker.law
Telephone: (805) 994-0177
Charles B. Cummins (354861)
charles.cummins@loker.law
Telephone: (805) 468-8141
132 Bridge Street
Arroyo Grande, CA 93420

*Attorneys for Plaintiff*,
Grace McGuire

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE MCGUIRE, | Case No.:    2:26-cv-00123-DJC-DMC |
| Plaintiff, | |
| v. | **ORDER** |
| BANK OF AMERICA, N.A., ET AL., | |
| Defendant. | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant EQUIFAX INFORMATION SERVICES, LLC., to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  May 11, 2026                    /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

CASE NO.: 2:26-cv-00123-DJC-DMC                    *McGuire v. Bank of America, N.A., et al.*
ORDER