**LOKER LAW, APC**
Matthew M. Loker (279939)
matt.loker@loker.law
Telephone: (805) 994-0177
Charles B. Cummins (354861)
charles.cummins@loker.law
Telephone: (805) 468-8141
132 Bridge Street
Arroyo Grande, CA 93420

*Attorneys for Plaintiff,*
Grace McGuire

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRACE MCGUIRE,<br>Plaintiff,<br>v.<br>BANK OF AMERICA, N.A., ET AL.,<br>Defendants. | Case No.: 2:26-cv-00123-DJC-ICD<br><br>**ORDER**<br><br>**HON. DANIEL J. CALABRETTA** |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant BANK OF AMERICA, N.A. to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

Dated: October 27, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE